

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

Nos. 07-18-00235-CR
07-18-00237-CR
07-18-00238-CR

BRANDON OMAR GOMEZ, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 222nd District Court
Deaf Smith County, Texas
Trial Court Nos. CR-18D-054, CR-17K-161, CR-17-K-162; Honorable Roland D. Saul, Presiding

June 27, 2018

MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PARKER, JJ.

Pending before the Court is the motion of appellant Brandon Omar Gomez to dismiss his appeals. Appellant and his attorney have signed the motion. TEX. R. APP. P. 42.2(a). No decision of the Court having been delivered to date, we grant the motion. Accordingly, the appeals are dismissed. No motions for rehearing will be entertained and our mandates will issue forthwith.

James T. Campbell
Justice

Do not publish.